Sept 24, 05

United States District Court
Office of the Clerk
595 Main St. Rm 502
Worcester MA 01608

Dear Ms Thornton,

Shortly, you will be receiving a money order in the amount of $5.00 from my wife Patty. This is as ordered in the "Memorandum And Order" dated and signed by Judge Zobel on Sept 6 2005. Thereafter you will receive the balance of $250.

I don't know if Patty wrote my case no. on the money order. It is 05-40146-RWZ. Hopefully this will not add to the confusion.

Thank you for all your assistance in this matter.

Sincerely,
Robert McCaffery
# 57977-066