Sept 29, 05

United States District Court
  Office of the Clerk
  595 Main St  Rm 502
  Worcester MA 01608

RE: McCaffrey v Winn  No. 05-40146-RWZ

Dear Ms Thornton,

    Today, I received a package of documents from the United States Attorney's Office. Included is a Motion to Dismiss. I don't know how, other that this, to inform the court that I am preparing documents myself that could help in the Judge's decision.

    I am, therefore, asking the Judge not to rule on the Motion to Dismiss until he has had time to examine other documents. These documents will be available next week.

    Thank you,
    Robert McCaffrey
    52977-066