United States District Court
District of Massachusetts

Civil Action No 05 - 40146 - RWZ

Robert M Mc Caffery

v

David L Winn

Rya W. Zobel
United States District Judge
District of Massachusetts
Civil Action No 05-40146

Fri Dec 16, 2005

Your Honor,
        I received your order dated
Nov 8 on Nov 12. In your order
you generously allow for me to
pursue the administrative remedies
available, etc and to report back
to you by the end of the year. You
also suggested that the parties
cooperate to conclude administrative
resolution. Thank you.
        Alas, on Nov 18, I
was hospitalated with MSRA
or MRSA, a contaigous, infectious
disease. I was kept in an
outside hospital of whom I
have no idea as to their
name or location. I was

Keept in isolation from my family or any others by any form of communication including telephone or letter. I was kept in this hospital for 18 days. Upon my leaving this hospital, I was was returned to the hospital and placed in the "hole" or isolation. I was told I was being placed there because there was no room for me. However, upon my release, I was returned to my old room which was lock and waiting for me. While in the hole I was treated as a prisioner rather then an inmate who was sick. I was allowed one phone call. No one seemed to cace that I had just returned from the hospital. Two days into my confinement in the hole all my pain medicine was discontinued

My whole reason for contacting
you, the Courts in the first case,
was realized. A new doctor,
who had never seen me,
never met nor interviewed me,
had taken over my case. Upon
little or no reflection, he
decided I did not need any
pain medication and therefore
cancelled them. Now, being in
isolation, I had little choice.
I could not call the doctor,
go to another doctor, etc,
I was forced to bear with
his decision which put me
in extreme, daily pain. My
worst fear has been made
true. Thankfully, in a few
day, a P.A saw me in pain
on went to another MD
who had my medications restored.
I was soon released to
general population and my
old Rm/cell, which had been

Again, upon release from the hospital my orders for medications was re-written. This time the doctor's orders were interperted to read that I was to receive two percocet for pain in the Am and rather than continue the two in the Afternoon as before, the staff now placed them with the morphine I received in the PM. Allowing me to go from 6:00 AM to 7:00 PM without any PM. When I questioned the staff's logic I was told, "Well, it's not like you were cut off from your pain meds, you just now get them all together". (we are forced to swallow Narcotics before the staff so they know they are being used). When I tried to explain that it made no sense, that the pain happened all day, I was told, "Well you don't have to take them but if you continue to bitch you're going to the hole". I left.

Again, I apologize for the lateness in beginning the Remidies you suggested.

My crime, your honor, was Bankruptcy freed, one of decept and vainness. One of disrespect of the law and what it truly means. I now know and understand (somewhat) the law. I love the honor and justness it represents. I ask the law to please allow me to serve the remainded of my sentence under house arrest where I can be seen and cared for by my own doctors. I'm not asking for a reduction of sentence. The law has de-cried that I be sentenced a year, and a year I shall. I'm afraid that I won't see that year. In the last month I have spent 23 days in an un-named hospital, 5 days in the hole, 3 days without any pain medication and another 3 day of confused medication.

Please help me. I can't and won't believe the law would ask me of this for the crime of being born. I'm truly sorry. Please help me as I really believe I won't see June if I continue down this path.

Sincerely

Robert M Mc Caffery

57977-066

Civil Action No 05-40146