Jan 2, 2006

Clerk of Courts
United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way  Suite 2300
Boston MA  02210

Sir,
   Could you please write and inform me when my Motion for Summary Judgement is scheduled?
   Thank you.

Sincerely,
Robert M McCaffery
57977-066
FMC Devens   PO Box 879
AYER  MA  01432

Civil Action No  05-40146
   McCaffery  v  Winn