Ryz W. Zobel
United States District Judge
District of Massachusetts
Civil Action No 05-40146

McCaffery

v

Winn

Civil Action No. 05-40146

Your Honor,

As a follow-up to my report of Dec. 16, 2005, it has been a month since I initiated, as you suggested, the administrative remidies available to me. As of today, Thurs, Jan 12, no Reply has been received even though I took the liberty of attaching your suggestion that we work closely due to a leck of time. I would also like to report that I was again sent of to the

local Hospital. This time it was Fri Jan 6. My potassium level was almost a "9" or what I am told is a life threatening condition. There was no cause found for it being raised. While waiting for the ambulance to transport me (at a cost of over a $1,000 a trip, which now puts me at over $4,000 in transportation to hospital alone) I asked my Physician Assistant, Ms Godjikian and my Physician if I would be better off at home. They both agreed that my condition is very serious and very extraordinary, and that as my condition is deteriorating steadly since I have been here, then, "Yes", I would be better home, under the care of the doctors who know my system best, and has probebly seen

some of the reactions my body is exhibiting. I asked if they would be willing to provide you with this same answer in writing and they replyed they would.

Now, for another favor. If you find for me and allow me to spend the remainder of my sentence (approx 5 mos) under home confinement could you please notify my wife of your decession. I fear that I will be in the hospital here and not be allowed to communicate, and if she knows she can arrange for my transfer to my doctor's hospital (Paoli, a branch of Thomas Jefferson University) Thank you.

Her address is
    Patricia Mc Caffery
    1418 Bramble Ln.
    West Chester PA 19380

Thank you, Sincerely
Robert M Mc Caffery
57977-066