Rya W. Zobel
United States District Judge
District of Massachusetts

January 20, 2006

Re:    Civil Action No: 05-40146 -RWZ
                McCaffery     v.     Winn

Your Honor,

        Hopefully this letter will not
be seen as anything more then
what it is, a cry of frustration.
I'm stuck and dont really know
how to procede. You ordered me
to begin the Administrative Remidies,
which I did over a month ago.
You also ordered us to "cooperate
to conclude ... within the time
frame set", and finally you
ordered both of us to report
to you by the end of the year
on the progress made. As of

to date, and to the best of my knowledge, Mr Winn and his Representatives have not complied with your Honor's order. Normally, I would not complain, but under the circumstances I feel I must. Last week I was sent out to the hospital on three different occassions. I cannot eat, as everything I eat cannot be digested and I end up vomiting it. I have become so dehydrated that it took 12 attempts to place an IV into my arm as my veins kept collasping. I have lost 15 lbs since Jan 1 and my condition keeps deteriating. I have spent days on end in the clinic here while never seeing a doctor (only a PA). The doctors are all to busy. They have no idea what is wrong!

with me and rather then consult
a specialist (eg a gastroentrenologist),
they ask me for a diagnosis!!
    I'm sorry, I don't mean to
go on. As I said, I'm very
frustrated, and believe only you
can help. I know I broke the
law, and I was wrong, and deserve
the punishment I got. I'm asking
to spend the balance of that
punishment (at this point 5 months left)
under house confinement where
I can be treated my the doctors
who have done so and will continue
They are used to all the quirks,
of the special needs, etc of my
system and allow me to have
some semblance to a normal life.

    Thank you for hearing me out and
allowing me to ramble. It would be
a great help if you could schedule
my Motion for Summary Judgement
as soon as possible.
        Sincerely
        Robert M McCaffery
        57977-066