UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT MCCAFFREY
                Plaintiff

    V.

DAVID L. WINN
                Defendant

CIVIL ACTION

NO. 05CV40146-RWZ

## JUDGMENT

ZOBEL, D. J.

In accordance with the ORDER entered 2/14/06;

    JUDGMENT is entered DISMISSING the case without prejudice.

                                            By the Court,

2/15/06                                             s/ Lisa A. Urso
Date                                                     Deputy Clerk